```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

DOMINICA MANAGEMENT, INC.,

        Plaintiff,                      Rule 7.1 Statement

    -against-                            File No. 04-CV-7675
                                         (RMB)
AMERICAN UNIVERSITY OF ANTIGUA           ECF CASE
COLLEGE OF MEDICINE, NEAL S.
SIMON and SOL WELTMAN,

        Defendants.

------------------------------------X
```

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Dominica Management, Inc. ("DMI") certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

> DeVry, Inc.

Dated: September 28, 2004

>     /s/ Peter J. Mastaglio
> Peter J. Mastaglio (PM 8303)
> CULLEN AND DKYMAN BLEAKLEY PLATT LLP
> Attorneys for Plaintiff
> 100 Quentin Roosevelt Boulevard
> Garden City, New York 11530
> (516) 357-3700