BERMAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Judge Berman** ORIGINAL

---------------------------------------------------------------X

DOMINICA MANAGEMENT, INC.,

Plaintiff,

v.

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE, NEAL S. SIMON And SOL WELTMAN,

Defendants.

---------------------------------------------------------------X

04 CV 07675

ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY

Upon the annexed affidavits of John T. St. James, Robert O'Leary and Susan A. Corrado, all sworn to on the 27th day of September, 2004, and of Jennifer A. McLaughlin and Peter J. Mastaglio, both sworn to September 28, 2004, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendants ~~show cause before a motion term of~~ appear at a conference with this Court at Room 706, United States Courthouse, 500 ~~Pearl Street~~ 40 Centre, in the City, County and State of New York on ~~September~~ Oct 1 [illegible], 2004, at 2:45 o'clock in the ~~fore~~ after noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 26 of the Federal Rules of Civil Procedure granting plaintiff expedited discovery as set forth in paragraph 22 of the St. James moving affidavit and pursuant to Rule 65 of the Federal Rules of Civil Procedure directing defendants during the pendency of this action to preserve all computer systems, removable electronic media and other locations, including, but not limited to, e-mail and other electronic communication, word processing documents, spreadsheets, databases, calendars, telephone logs, contact manager information, Internet usage files, and network access information, and to discontinue all data destruction and backup tape recycling policies; and it is further

ORDERED, that sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily directed to preserve all related documents, including computer systems, removable electronic media and other locations, including, but not limited to, e-mail and other electronic communication, word processing documents, spreadsheets, databases, calendars, telephone logs, contact manager information, Internet usage files, and network access information, and to discontinue all data destruction and backup tape recycling policies; and it is further

~~ORDERED, that security in the amount of $________ be posted by the plaintiff prior to September ___, 2004, at _____ o'clock in the ____noon of that day;~~ and it is further

ORDERED, that personal service of a copy of this order and annexed affidavit upon the defendants or their counsel on or before [redacted] 3:00 P.M. o'clock in the afternoon, September 29, 2004, shall be deemed good and sufficient service thereof.

Dated: New York, New York

ISSUED: 6:25 P.M

9/28/04

RMB

United States District Judge

ORDERED That answering papers, if any, be served upon and filed with this Court and upon Plaintiff's counsel by or before 2:00 p.m. on September 30, 2004; and it is further ORDERED That all parties are to meet and confer in person no later Than 4:00 p.m. on September 30, 2004 to resolve all issues presented here. RMB