*Proposal*
*for*
***Professional Services***
***Relating to***
***Implementation and Technical Support***
*of*
***Computer Systems and Applications***

***To***
***American University of Antigua***
***Suite 1500 – Two Penn Plaza – New York NY 10021***

***From***
***Sol Weltman***
***3161 Brighton 6th Street - #6E***
***Brooklyn NY 11235***
***718-646-1574***

This document is not a comprehensive and detailed recommendation or plan, which can be developed only after extensive study. It is rather a general proposal, presenting an organized overview of the projected Information Technology (I-T) needs of the prospective client in disciplines where the presenter is deemed to be an experienced professional.

Following are several of the broad I-T areas where, in the presenter's opinion, based on seven years experience at Ross University, upon which successful management of a high quality for-profit Medical School will depend.

1. Student Information System
2. Prospects Information System
3. Reliable Computer Hardware
4. Computer Anti-Virus Protection
5. Computer Networking Facilities
6. Email
7. Document Imaging Capability
8. Miscellaneous Other Applications

1. Student Information System

What your company will undoubtedly need, essential to Record Maintenance in any Learning Institution, is an integrated Student Information System, providing a compendium of each student's records, including but not limited to the following elements:

A. Contact information
B. Prior Academic History, including transcript data
C. Application and Admissions Data
D. Program and Status Information (Past, Current and Expected)
E. Courses Taken and Grades
F. Billing and payment data
G. Financial Aid Data.
H. USMLE Test Results

For students in Clinical Clerkships, the system should provide, in addition to the above:

I. Clerkship Rotation Start and End Dates
J. Hospital or other Institution of Service
K. Other details pertinent to each Clerkship Rotation
L. Semester / Clerkship relationships

The Student Information System provides for:

(a) inquiry by Student ID or name as required to facilitate discussion with student,
(b) entry of data from applications, transcripts and other hard copy, scanned or entered at a computer terminal,
(c) creation of student invoices and periodic statements for mailing,
(d) reports invoked as needed, providing detailed and summary information as required.

While such systems can be purchased "off the shelf" from reputable software companies with price tags of $250,000 and up, it has been found that each of these offerings has limitations requiring some form of customization. In general, for example, no proprietary system is equipped to deal with clinical rotations. Also, the packaged software tends to force a business model, usually entailing hidden costs. For a startup school with limited capital, it makes better business sense to create a system, starting with basic needs and adding capabilities as required.

## 2. Prospects Information System

No business entity would consider a marketing plan today without access to telephones or email. In the same fashion, it would be fruitless to attempt to market to any group without an automated list containing contact and status information.

In this case the target group poses special problems: prospective applicants are likely to be sharing phones, are likely to be living away from home or very difficult to reach. An Open House event, scheduled in a location appearing unlikely to be of interest to a particular prospect, might be just the one convenient for him to attend at the time.

A well-designed Prospects Information System will have the data that might make the difference. Additionally, prospect data collected at the Web Site should be imported to the Prospects Database frequently.

## 3. Reliable Computer Hardware

As soon as the Student Information System is ready to use, reliable computer hardware should be in place for running it. In a small office (up to 5 people), the network may consist of one desktop computer (client) per user, with the database resident on one of the client computers. With this approach, some cost savings can be achieved over the plan that considers additional applications. However, since other software may benefit substantially from the addition to the network of a server, it is wise to give consideration to the initial setup of a local area network (LAN), purchase of a server computer, and implementing the Student Information System on the LAN, where it will ultimately reside.

The primary concerns in the purchase of this hardware are its reliability, serviceability, and ease of maintenance. Needless to say, in a service company, quality of service is impacted severely by periodic unplanned inaccessibility of data.

While it is a practice of Computer Manufacturers to "bundle" software products, some very useful, with their machines, care should be exercised in the evaluation of such apparent giveaways.