# Sol Weltman
### 3161 Brighton 6th Street #6E
### Brooklyn NY 11235
### 718-646-1574

November 9, 2003

Mr. Harvey Marshak
American University of Antigua
Two Penn Plaza - Suite 1500
New York NY 10021

Re: Proposal for Professional Services

Dear Harvey:

This is in response to your request to provide you with approximate cost information for those items listed in my proposal of October 4, 2003, subsequently amended on October 9, 2003. I've enclosed the November 9, 2003, version of the proposal, which supersedes all previous versions.

Repeating my recollection of your projections at our meeting, you expect to open your medical school in Antigua in January, 2004, with twenty students, and that the total student population would reach 200 by January, 2005. Based on this schedule, and on the fact that no work has yet been started on any of these software projects, it is my current recommendation that all efforts be made to implement the following as soon as possible:

1. *Prospects Information System.*
2. *Billing and Payments Tracking Software.*
3. *Student Information System.*

The enclosed schedule indicates rough cost data for the entire list of projects and sub-projects. However, it must be understood that many factors will affect the cost of each, such as availability of unpublished information, ease of access to decision makers, completeness of definitions of requirements, special requirements of department heads not yet engaged, etc.

Certain quality judgments are a factor in determining the spread between the low and high cost figures set forth. For example, price competition among computer system manufacturers (e. g. Dell, Gateway) has brought about the use of proprietary components as opposed to generic components, making such systems less supportable internally. While the first cost of such systems is a good deal lower than a computer system more easily supportable, down time can be expected to be orders of magnitude greater then one assembled using generic components. Purchase of one or two spare systems do not ease the situation, since the time required to maintain such systems in a state ready for use as a replacement is very costly, and such systems very rarely have all needed software components up-to-date when needed.

I understand that funding issues have caused unavoidable delays in starting software implementation. Assuming that these issues are resolved, we will face the question of whether it is reasonable to expect delivery of essential software elements in a sufficiently timely manner. Once the selection of software modules has been made and some specifications have been set forth, that question can be addressed in detail.

Sincerely,


Sol Weltman                                             cc: Neal Simon

# Sol Weltman
### 3161 Brighton 6th Street #6E
### Brooklyn NY 11235
718-646-1574

November 11, 2003

Mr. Harvey Marshak
American University of Antigua
Two Penn Plaza - Suite 1500
New York NY 10021

Re: Pricing of Software List

Dear Harvey:

In preparing the approximate cost information you requested, it became clear to me that I had omitted a couple of items that will undoubtedly be very important to you. I've enclosed the most recent version for your review (dated November 9, 2003).

Considering your ambitious goal for the end of 2004 (200 students, if I recall correctly), I recommend that we focus our initial development efforts in the following areas:

1. *Prospects Tracking Application.*
2. *Billing and Payments Tracking Software.*
3. *Student Information System.*

The enclosed schedule indicates very rough cost data for all projects and sub-projects. It should be understood, however, that many factors will affect the cost of each item, such as availability of unpublished information, turn-around time of your decision makers, special requirements of department heads not yet engaged, etc.

Certain quality judgments are a factor in determining the spread between the low and high cost figures set forth. For example, price competition among computer system manufacturers (e. g. Dell, Gateway) has brought about the use of proprietary components as opposed to generic components, making such computers less supportable in-house.

Please note that I will be reachable at home Thursday and Friday; please feel free to call if you have any questions.

Sincerely,


Sol Weltman                                                  cc: Neal Simon