*Sol Weltman*
*3161 Brighton 6th Street #6E*
*Brooklyn NY 11235*
*718-646-1574*

April 7, 2004

American University of Antigua
501 Fifth Avenue
Suite 1600
New York NY 10017

<u>Report</u>

1. The purpose of my visit to your office was to install the Preliminary Version of the *Prospects Tracking System* produced by *Southern Oregon Custom Software (SOCS)*.
2. The computer designated for this purpose was that used by Bob Gelles.
3. The previous *Microsoft Office Suite* software installation on this computer had been limited to *Microsoft Word 2003*. Consequently it was required that *MS Access 2003* be installed prior to the installation of the new software application.
4. Based on Linas Vituvis' advice that there was no in-house copy of *MS Access 2003*, I installed my copy of the product, precluding its registration with Microsoft and limiting the number of times it can be used.
5. Future uses of the current installation of *MS Access 2003* on this computer are limited to 30. Bob was instructed on how to minimize decrementing this value while maximizing the value of this installation. It is *strongly recommended* that AUA acquire licenses and media so as not to be impacted by the expiration of the usability of the current *MS Access 2003* installation.
6. Bob was instructed in how to maximize the value of the *Preliminary Version* of the *Prospects Tracking System* and begin its immediate use. Below are listed our recommendations on those fields to be added. Until then various data items must be carried in the *Notes* field, the capacity of which has been increased to 65,535 characters.
7. One of the new security features of *MS Access* is that requiring a digital signature verifying that any document, including developed applications, be safe from any code that may cause harm to the computer. How such a signature may be added to a new application is not well documented. Microsoft Tech Support was available to provide me with assistance in this regard and the fee for this service will be refunded to the account of the credit card lent me for this purpose. Please allow 10 days for completion of this transaction.
8. Despite its apparent limitations, use of the new *Prospects Tracking System* application is encouraged to expose any hidden defects or weaknesses.
9. Plans include the development of internal E-Mail Blast capability as well as the automated addition of leads and prospects from data gathered as the result of Web Site inquiries, the latter not having been included in our initial estimate.

Submitted by
Sol Weltman