PRIVILEGED/CONFIDENTIAL

| | |
|---|---|
| **Message0077** | |
| **Subject:** | RE: Need Something |
| **From:** | Kramer, John |
| **Date:** | 1/30/2004 2:24:33 PM |
| **To:** | 'karen b kowit' |
| **CC:** | 'nealssimon@aol.com' |
| **Message Body** | |

Karen (& Neal): Absolutely...You need only ask! I have attached both an old Provost contract (its contents are the same as the more recent contract extension that was used as a template by corporate management for God knows what in regards to Van)...

While I was delighted to see both of you late yesterday, I apologize for being under the weather, and having to shorten an already brief stop over to your offices after my doctor's appointment...[nothing serious, chronic bronchitis, etc., with antibiotics prescribed--short course]

As Neal may already know, I am more than willing to discuss any future possibilities with AUACOM, provided Dr. Perri knows the timetable, and is amenable to same--her star is rising very high with the University, and I would not be surprised to see her in the big chair before too very long!

And in the meantime, we are busier than ever here, as you can certainly both relate to...I just don't want to "rock the boat" at a potentially very critical juncture for our students and the University--when an exit strategy is needed for me, I'm sure we can come up with a good one!

Good luck and Congratulations on Feb. 2 class start!

John



-----Original Message-----
From: karen b kowit [mailto:kkowit@auamed.org]
Sent: Friday, January 30, 2004 12:29 PM
To: jkramer@rossmed.edu
Subject: Need Something



And hopefully you can e-mail to me a Provost contract or some form of one which I need.....



Thanks. Talk to you over the week-end.



Hope you feel better than yesterday!



Regards,

| |
|---|
| KK |



| Attachment |
|---|
| Provostcontractext1.doc |
| **Attachment** |
| INTELECT.PRO |

| Outlook Header Information |
|---|
| Conversation Topic: Need Something<br>Subject: RE: Need Something<br>From: Kramer, John<br>Sender Name: Kramer, John<br>To: 'karen b kowit'<br>CC: 'nealssimon@aol.com'<br>Delivery Time: 1/30/2004 2:24:33 PM<br>Creation Time: 1/30/2004 2:24:33 PM<br>Modification Time: 1/30/2004 2:24:33 PM<br>Submit Time: 1/30/2004 2:24:33 PM<br>Importance: 1<br>Priority: 0<br>Sensitivity: 0<br>Flags: 17<br>Size: 93675 |