| | Message0659 |
|---|---|
| Subject: | RE: update |
| From: | Kramer, John |
| Date: | 2/12/2004 9:43:13 AM |
| To: | 'a.lutfey@att.net' |
| CC: | 'jschnellerk@hotmail.com' |

**Message Body**

Al: I'll be home this evening by 8:30 p.m....seeing Harvey Marshack at 5:30; meeting my brother-in-law in Chelsea for an opening, and then straight home...[These days I leave the house at 6:40 or so--long day]...Home number (landline) is 718-832-2594, and the cell is 917-543-1814...Hope to hear from you if you are around this evening...Thanks for responding!

John

-----Original Message-----
From: a.lutfey@att.net [mailto:a.lutfey@att.net]
Sent: Thursday, February 12, 2004 7:18 AM
To: Kramer, John
Subject: RE: update


John:

Mea culpa, mea culpa. I also would rather call but will not call you at work because I know how busy you are. When is the best time to call you in the evening.

Good luck on your interview.

Al
> Al: Can't you just call me, so I don't have to type all of this?? Really,
> I'm sure I can talk openly to YOU, since the students sure don't hold
> back...Will be interviewing with Neal's partner tomorrow, so wish me luck!
> Ciao for now,
>
> John
> 917.543.1814
>
> -----Original Message-----
> From: A LUTFEY [mailto:a.lutfey@worldnet.att.net]
> Sent: Wednesday, February 11, 2004 8:15 AM
> To: Kramer, John
> Subject: Re: update
>
>
> John:
>
> Quite a mouthful you sent me. Is Nancy's new position similar to Angelakos.
> Will she be writing rules and regulations. I think Scott will make a great
> clinical Dean. He's bright, personable, hard-working and and knows the
> system and how it works.
>

```
> Looked up Antigua's web site and the housing and leisure activities look
> enticing. Karen Kowit is the one who worked for Ross?
>
> Will e-mail Neal to congratulate him aand wish him luck. If you go with him
> it will cut down on your commute.
>
> Best regards,
>
> Al
> ----- Original Message -----
> From: "Kramer, John" <jkramer@rossmed.edu>
> To: <a.lutfey@att.net>
> Sent: Monday, February 09, 2004 3:03 PM
> Subject: RE: update
>
>
> > Al: Quite a bit to relate from the perspective of this [current] Ross
> > employee or associate, whichever you prefer...
> >
> > Yes, Tim is gone...Look at www.rossmed.edu for details (under news/press
> > releases): there is a direct link to DeVry's site as well as ours on this
> > one...{I can't help but wonder what the real story is!}
> >
> > Dennis Keller, CEO & Co-Chair (with Ronald Taylor) of DeVry, our corporate
> > management, is taking Tim's spot in the interim, until a new President is
> > found and, look out! Nancy got promoted to V-P of Academic Affairs (both
> > schools, med & vet) and still holds the Dean of Clinical Sciences title
> > until they get a suitable replacement--I look for Scott Ippolito to be
> > joining us fulltime shortly, but nobody has said a word about this, as of
> > yet...Don't ask how this is working...Too early to tell!
> >
> > Neal's venture is going great guns; www.auamed.org is their official
> website
> > [first class started 2/2/04, with seven students on Antigua]...
> >
> > Neal's e-mail is still <nealssimon@aol.com> and his cell number is
> > 917.716.1880, should you wish to reach him; otherwise, their new office
> > number, at Two Penn Plaza, Suite 1500, is 212-292-4907, and Karen Kowit
> will
> > most likely answer the phone if/when you call...Neal's partner is supposed
> > to get in touch with me sometime this week, in order to discuss my future
> > with the American University of Antigua's College of Medicine, but only
> time
> > will tell, and I think they will only be able to pay 60-70% of what this
> > joint parsimoniously doles out, so who knows? I think a real job outside
> of
> > international medical education would be more to my liking...But,
> seriously,
> > who really cares what I like?
> >
> > I am otherwise doing O.K.--seasonal affect disorder notwithstanding--and
> > hope to drop by your place and give you Renata's gift in the
> not-too-distant
```

```
> > future, with any luck...Take care and thanks for staying in touch!
> >
> > Your friend,
> >
> > John
> > mobile: 917.543.1814
> >
> > -----Original Message-----
> > From: a.lutfey@att.net [mailto:a.lutfey@att.net]
> > Sent: Monday, February 09, 2004 5:37 AM
> > To: jkramer@rossmed.edu
> > Subject: update
> >
> >
> > John:
> >
> > What's new? Did Tim really leave. How is Neal's venture going? I should
> > really call him to offer my congratulations. Do you know his email
> address.
> > How are you doing.
> >
> > Al
```

**Outlook Header Information**

Conversation Topic: update
Subject: RE: update
From: Kramer, John
Sender Name: Kramer, John
To: 'a.lutfey@att.net'
CC: 'jschnellerk@hotmail.com'
Delivery Time: 2/12/2004 9:43:13 AM
Creation Time: 2/12/2004 9:41:10 AM
Modification Time: 2/12/2004 9:43:13 AM
Submit Time: 2/12/2004 9:43:13 AM
Importance: 1
Priority: 0
Sensitivity: 0
Flags: 1
Size: 14514