```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
```

DOMINICA MANAGEMENT, INC.,               Civil Action No.:

      Plaintiff,

  -against-

AMERICAN UNIVERSITY OF ANTIGUA     **PLAINTIFF'S FIRST**
COLLEGE OF MEDICINE, NEAL S.       **REQUEST FOR PRODUCTION**
SIMON and SOL WELTMAN,               **OF DOCUMENTS**

      Defendants.

```
------------------------------------X
```

Plaintiff, by and through its attorneys, CULLEN AND DYKMAN BLEAKLEY PLATT LLP, serves the following request for production of documents upon Defendant American University of Antigua College of Medicine to be responded to, pursuant to Fed R Civ P 34, within 30 days after the date of service.

### INSTRUCTIONS FOR RESPONDING

1. Plaintiff, Dominica Management, Inc. ("DMI") incorporates Local Civil Rule §26.3 of the Federal Rules of Civil Procedure as the instructions and definitions applicable herein.

### REQUESTS

1. Documents regarding the computer programs used or currently in use by AUA to manage student affairs since April, 2004.

2. The source code of the computer programs referred to in Request No. 1.

3. The internal alpha and beta builds of said source code.

4. The compiled versions of said source code.

5. Access to client server set-ups that facilitate the running of the aforementioned programs.

Dated: Garden City, New York
September 28, 2004

        CULLEN AND DKYMAN BLEAKLEY PLATT LLP

By: _____
     Jennifer A. McLaughlin (JM 5678)
     Attorneys for Plaintiff
     100 Quentin Roosevelt Boulevard
     Garden City, New York 11530
     (516) 357-3700

TO: American University of Antigua
    501 Fifth Avenue
    New York, NY