UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DOMINICA MANAGEMENT, INC.,

                Plaintiff,                                      **NOTICE TO TAKE**
                                                                                **DEPOSITION**

    -against-

AMERICAN UNIVERSITY OF ANTIGUA            File No.
COLLEGE OF MEDICINE, NEAL S.
SIMON and SOL WELTMAN,

                Defendants.

-----------------------------------------------------------X

      PLEASE TAKE NOTICE, that Plaintiff Dominica Management, Inc., by its attorneys, Cullen and Dykman Bleakley Platt LLP, will take the deposition upon oral examination of Neal S. Simon, pursuant to Federal Rules of Civil Procedure on September ___, 2004 at 10:00 a.m. at the offices of plaintiff's attorneys, Cullen and Dykman Bleakley Platt LLP, 44 Wall Street, New York, New York 10005. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths, and will continue day to day until completed.

      The deposition is required because of the witness' involvement in and knowledge of the facts and circumstances surrounding the allegations in the complaint.

      PLEASE TAKE FURTHER NOTICE, that plaintiffs are required to produce all books, papers, and other things in the possession, custody and control of such party that are relevant to this lawsuit, to be marked as exhibits and to be used on the examination.

Dated: September 28, 2004

        CULLEN AND DYKMAN BLEAKLEY PLATT LLP

By: _/s/ Peter J. Mastaglio_____
      PETER J. MASTAGLIO (PM8303)
      Attorneys for Plaintiff
      Dominica Management, Inc.
      100 Quentin Roosevelt Blvd.
      Garden City, New York 11530
      (516) 357-3700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DOMINICA MANAGEMENT, INC.,

                Plaintiff,                            **NOTICE TO TAKE DEPOSITION**

   -against-

AMERICAN UNIVERSITY OF ANTIGUA          File No.
COLLEGE OF MEDICINE, NEAL S.
SIMON and SOL WELTMAN,

                Defendants.

------------------------------------------------------------X

     PLEASE TAKE NOTICE, that Plaintiff Dominica Management, Inc., by its attorneys, Cullen and Dykman Bleakley Platt LLP, will take the deposition upon oral examination of Sol Weltman, pursuant to Federal Rules of Civil Procedure on September ___, 2004 at 10:00 a.m. at the offices of plaintiff's attorneys, Cullen and Dykman Bleakley Platt LLP, 44 Wall Street, New York, New York 10005. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths, and will continue day to day until completed.

     The deposition is required because of the witness' involvement in and knowledge of the facts and circumstances surrounding the allegations in the complaint.

     PLEASE TAKE FURTHER NOTICE, that plaintiffs are required to produce all books, papers, and other things in the possession, custody and control of such party that are relevant to this lawsuit, to be marked as exhibits and to be used on the examination.

Dated: September 28, 2004

                    CULLEN AND DYKMAN BLEAKLEY PLATT LLP

                    By: _____
                        PETER J. MASTAGLIO (PM8303)
                        Attorneys for Plaintiff
                        Dominica Management, Inc.
                        100 Quentin Roosevelt Blvd.
                        Garden City, New York 11530
                        (516) 357-3700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

DOMINICA MANAGEMENT, INC.,

                Plaintiff,                              **NOTICE TO TAKE DEPOSITION**

   -against-

AMERICAN UNIVERSITY OF ANTIGUA             File No.
COLLEGE OF MEDICINE, NEAL S.
SIMON and SOL WELTMAN,

                Defendants.

----------------------------------------------------------X

      PLEASE TAKE NOTICE, that Plaintiff Dominica Management, Inc., by its attorneys, Cullen and Dykman Bleakley Platt LLP, will take the deposition upon oral examination of John Kramer, pursuant to Federal Rules of Civil Procedure on September ___, 2004 at 10:00 a.m. at the offices of plaintiff's attorneys, Cullen and Dykman Bleakley Platt LLP, 44 Wall Street, New York, New York 10005. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths, and will continue day to day until completed.

      The deposition is required because of the witness' involvement in and knowledge of the facts and circumstances surrounding the allegations in the complaint.

      PLEASE TAKE FURTHER NOTICE, that plaintiffs are required to produce all books, papers, and other things in the possession, custody and control of such party that are relevant to this lawsuit, to be marked as exhibits and to be used on the examination.

Dated: September 28, 2004

                        CULLEN AND DYKMAN BLEAKLEY PLATT LLP

                        By: _____
                              PETER J. MASTAGLIO (PM8303)
                              Attorneys for Plaintiff
                              Dominica Management, Inc.
                              100 Quentin Roosevelt Blvd.
                              Garden City, New York 11530
                              (516) 357-3700