UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DOMINICA MANAGEMENT, INC.,

        Plaintiff,

-against-

AMERICAN UNIVERSITY OF ANTIGUA        File No. 04 CV 07675
COLLEGE OF MEDICINE, NEAL S.
SIMON and SOL WELTMAN,

        Defendants.
------------------------------------------------------------X

## ACKNOWLEDGMENT OF SERVICE

      This firm is counsel for defendants American University of Antigua College of Medicine and Neal S. Simon and hereby accepts personal service of the following documents, which were personally served on September 29, 2004 prior to 3:00 p.m.:

    Summons and Complaint with Civil Cover Sheet

    Order to Show Cause for Preliminary Injunction and Temporary Restraining Order and for Expedited Discovery with Supporting Affidavits

    Plaintiff's Memorandum of Law in Support of Its Motion for Expedited Discovery and a Preliminary Injunction and Temporary Restraining Order Preventing Destruction of Evidence

    Rule 7.1 Statement

Dated: October 1, 2004

                                      PRYOR CASHMAN SHERMAN & FLYNN LLP

                                      By: _____
                                              RONALD H. SCHECHTMAN