UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DOMINICA MANAGEMENT, INC.,

                Plaintiff,

      -against-

AMERICAN UNIVERSITY COLLEGE
OF MEDICINE, et al.,

                Defendants.

------------------------------------------------------------x

**ORDER**

04 Civ. 7675 (RMB)(FM)

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to today's conference, it is hereby ORDERED that:

1. On or before January 7, 2005, the plaintiff shall submit to the defendants interrogatories to be answered under oath by Ms. Paul pertaining to the communications between Ms. Paul and Ms. Bassi. On or before January 21, 2004, the defendants shall serve Ms. Paul's answers.

2. A further conference in this matter shall be held on February 2, 2005 at 2 p.m. in Courtroom 11C of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
          December 22, 2004

                                        FRANK MAAS
                                  United States Magistrate Judge

Copies to:

Hon. Richard M. Berman
United States District Judge

Peter J. Mastaglio, Esq.
Cullen & Dykman
Fax:   (516) 357-3792

Joshua Zuckerberg, Esq.
Pryor Cashman Sherman & Flynn, LLP
Fax:   (212) 798-6379

Neil R. Flaum, Esq.
Neil R. Flaum, P.C.
Fax:   (212) 509-0740

Leonard A. Sclafani, Esq.
Polatsek and Sclafani
Fax:   (212) 949-6310