ECF

**MEMO ENDORSED**

# NEIL R. FLAUM, P.C.
## Attorneys At Law
42 Broadway, Suite 1749
New York, New York 10004
Phone: (212) 509-7400
Fax:    (212) 509-0740



RECEIVED DEC 13 2004

E-Mail - NRFLAUMPC@AOL.COM
REPLY TO: 42 Broadway

270H Duffy Avenue
Hicksville, NY 11801
(616) 746-7400

U.S. DISTRICT COURT FILED DEC 15 2004 S.D. OF N.Y.

December 8, 2004

**VIA FACSIMILE & REGULAR MAIL**
Honorable Frank Maas
United States Magistrate Judge
500 Pearl Street
New York, New York 10007
Attn: Richalyn Chambers

Re:   Dominica Management, Inc. v. American University of
      Antigua College of Medicine et al
      04 Civ. 7675(RMB)(FM)

Dear Ms. Chambers:

> Since I have excused Mr.
> Zuckerberg, this request is
> granted. The Court will, however,
> hold a PTC in Courtroom 11C on
> 12/20/04 at 10a.m
> which all counsel
> must attend.
> Maas, USMJ, 12/15/04

I am in receipt of your letter dated December 7, 2004, scheduling a conference for December 17, 2004, at 4:00 p.m. It is my understanding that the subject of the conference will be the motion of Plaintiff's counsel, Cullen & Dykman to disqualify Leonard A Sclafani, Esq. of Polatsek and Sclafani attorneys for Neal Simon due to his alleged conflict of interest.

The undersigned represents the Defendant Sol Weltman. Since Mr. Weltman takes no position as to whether Mr. Sclafani and his law firm should be disqualified it is respectfully requested that Judge Maas excuse my attendance at the scheduled conference. Please let me hear from you as soon as possible.

Of course, should you have any other questions please do not hesitate to contact the undersigned.

Respectfully yours,

NEIL R. FLAUM
NRF/df
Encl.
cc:   Peter J. Mastaglio, Esq.
      Joshua Zuckerberg, Esq.
      Leonard A. Sclafani, Esq.]

MICROFILM DEC 15 2004