```
1                     Weltman - Direct                    9
2          A     Yes.  Now that I recall, it was called
3    ROSSBURS.
4               MR. ZUCKERBERG:  Can we clarify for
5          the record whether or not we're talking
6          about Ross using this software or DMI?
7               MR. MASTAGLIO:  Let me get the names
8          and I will, thank you.
9               MR. ZUCKERBERG:  Thank you.
10         Q     The software that was being used by
11   the admissions department for various purposes, did
12   that have a name?
13         A     I don't recall what its name was.  Yes,
14   it did have a name.
15         Q     Do you remember a software package
16   being used by admissions called PROSPECTS?
17         A     That goes back to, the best I can
18   recollect, approximately 2002.  The use of it was
19   discontinued sometime around then.
20              (Whereupon, Mr. Sclafani entered the
21         conference room.)
22              MR. SCLAFANI:  For the purposes of
23         this deposition I'm representing Mr. Simon.
24         The full extent of my representation has yet
25         been determined because I was only recently
```

Weltman - Direct                                            10

```
 1
 2        apprised of the action and only about half
 3        an hour ago advised that there would be
 4        depositions in this case.  We reserve our
 5        right to re-depose, not having had notice
 6        or understanding of these depositions.
 7             It appears that there's a conflict
 8        between Neal Simon and AUA, the Defendant,
 9        hence my representation.  We weren't
10        notified about these depositions until
11        this morning.  I'll do the best I can,
12        but I reserve our rights to re-depose.
13        Q    Mr. Weltman, what is your under-
14   standing of the relationship, if any, between DMI
15   and Ross University School of Medicine?
16        A    DMI is the administrator, to my
17   understanding, of all the business affairs of Ross
18   University in the United States.
19        Q    Was it your understanding that these
20   computer programs that you referred to, PROSPECTS
21   system, you mentioned ROSSBURS which has to do with
22   the bursar's office, that these were being used by
23   DMI?
24        A    Yes.
25        Q    Were all the employees that you worked
```