## POLATSEK AND SCLAFANI
COUNSELLORS-AT-LAW
275 MADISON AVENUE
SUITE 903
NEW YORK, NEW YORK 10016
(212) 696-9880
TELEFAX (212) 949-6310

LEONARD A. SCLAFANI, P.C.

Of COUNSEL
HARRY D. POLATSEK, P.A.*
KA BICK YAU*
CHRISTOPHER A. WILBURN **
EARNEST M. ASH
NEAL S. SIMON
LEONARD E. BIRDSONG, P.C. +++
CAMILLE JONES STRACHAN +
JEFFREY E. LEHRMAN, ESQ. **
PROFESSIONAL CORPORATION
FRANKLIN A. BLANCO
FREDERICK A. POLATSEK ***
STEPHEN R. KAIN ++
 *N.Y. & FLORIDA BAR
 **FLORIDA BAR ONLY
 ***N.Y. AND N.J. BAR
 +LOUISIANA BAR ONLY
 ++ N.Y., N.J., FLORIDA AND N.H. BAR ONLY
 +++ D.C., OH, V.I. BAR ONLY

2455 EAST SUNRISE BOULEVARD
SUITE 1216
FORT LAUDERDALE, FLORIDA 33304
(305) 566-0377

506 LUCERNE AVENUE
LAKE WORTH, FLORIDA 33460
(305) 585-7353

2699 SOUTH BAYSHORE DRIVE
MIAMI, FLORIDA 33139
(305) 244-7231

September 20, 2000

Ross University
460 West 34th Street, 12th Floor
New York, New York 10001

**RE:   ROSS UNIVERSITY SCHOOL OF MEDICINE**

---

### FOR PROFESSIONAL SERVICES RENDERED

### Nasir Babiker v. Ross University, USDC, SDNY Index# 98 CIV 1429:

Drafted, served and filed defendant's Memorandum of Law in support of defendant's motion for summary judgment; legal research incident thereto; oral argument in support of motion for summary judgment; reviewed Decision and Order of Judge Katz granting summary judgment to defendant; client consultation re: same; correspondence and communication with the N.Y.S. Department of Education and the Federal Bureau of Investigation re: threats against Ross University's officers; client communication re: same.

  41.25 hrs. @ $400.00 per hr. . . . . . . . . . . $16,500.00

### Pinhas Friedberg v. Ross University et. al, Sup. Ct., N.Y. Co. Index# 600133/00:

Submitted "Reply Affidavit" of Neal Simon in further support of defendant's motion for judgment on the pleadings, or in alternative, for summary judgment; client communication re: same;

Hills\Ross University\Bill

conversations and negotiations with plaintiff's counsel re: depositions of the parties and other discovery and settlement.

    35 hrs. @ $400.00 per hr. . . . . . . . . . . . . $14,000.00

### New York State v. Ross University, Sup. Ct, Alb. Co. Index# L-00138-99

Revised plaintiff's motion for summary judgment; drafted, served and filed papers in opposition to plaintiff's motion for summary judgment; legal research re: same; client consultation re: same; correspondence and communication with Thomas Faist and Edward Bogdan (Bogdan & Faist) re: same; preparation of proposed affidavit of Thomas Faist in opposition to plaintiff's summary judgment motion; client communications re: same; correspondence with Thomas W. Faist re: proposed affidavit; review of plaintiff's reply papers in further support of plaintiff's motion for summary judgment; client consultation re: same; drafted, served and filed defendant's papers in opposition to plaintiff's motion for an order permitting plaintiff to retain custody of monies seized from defendant; client communication re: same; correspondence and communications with plaintiff's counsel re: same; preparation of summons and complaint against Bogdan & Faist et. al.; correspondence and communication with Bogdan & Faist re: same; client communications re: same; review of Bogdan & Faist's "Motion to Dismiss"; client communication re: same.

    26.25 hrs. @ $400.00 per hr. . . . . . . . . . . $10,500.00

### Ross University Audit:

    Provided written opinion and report to Price Waterhouse Coopers, LLP regarding asserted and unasserted claims and lawsuits against Ross University.

    Opinion letter. . . . . . . . . . . . . . . . . . $10,000.00

### Ross University with Blackburn

Client consultation, legal research

    4 hrs. @ $400.00 per hr. . . . . . . . . . . . . . $1,600.00

    **TOTAL** . . . . . . . . . . . . . . . . . . . . . . **$50,500.00**

Dilla\Ross University\Bill