STATE OF NEW YORK)
                 ss.:
COUNTY OF NASSAU)

   KRISTEN DAVIES, being duly sworn, deposes and says:

   That she is over the age of 21 years, resides at Babylon, New York and is not a party to this action.

   That on the 10th day of February, 2005, she served the within Plaintiff's Memorandum of Law in Support of Its Motion to Disqualify Polatsek and Sclafani as Counsel for Defendant Neal S. Simon upon Pryor Cashman Sherman & Flynn LLP, Attorneys for Defendant American University of Antigua College of Medicine; Polatsek and Sclafani, Attorneys for Defendant Neal S. Simon; and Sol Weltman, Defendant *Pro Se* in this action, by depositing true copies thereof in properly sealed Federal Express wrappers in a depository maintained by Federal Express located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York, New York 10022-4441
Attn:  Ronald H. Schechtman, Esq.

Mr. Sol Weltman
3161 Brighton 6th Street, Apt. 6E
Brooklyn, New York 11235

Leonard A. Sclafani, Esq.
Polatsek and Sclafani
275 Madison Avenue, Suite 903
New York, New York 10016

those being the addresses designated on the latest papers served by them in this action.

                                    /s/ Kristen Davies
                                        KRISTEN DAVIES

Sworn to before me this
10th day of February, 2005

/s/ Lenore Ziff
    Notary Public

STATE OF NEW YORK)
                 ss.:
COUNTY OF NASSAU)

    KRISTEN DAVIES, being duly sworn, deposes and says:

    That she is over the age of 21 years, resides at Babylon, New York and is not a party to this action.

    That on the 10th day of February, 2005, she served the within Notice of Motion and Affidavit in Support of Motion to Disqualify upon Pryor Cashman Sherman & Flynn LLP, Attorneys for Defendant American University of Antigua College of Medicine; Polatsek and Sclafani, Attorneys for Defendant Neal S. Simon; and Sol Weltman, Defendant <u>Pro</u> <u>Se</u> in this action, by depositing true copies thereof in properly sealed Federal Express wrappers in a depository maintained by Federal Express located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York, New York 10022-4441
Attn:  Ronald H. Schechtman, Esq.

Mr. Sol Weltman
3161 Brighton 6th Street, Apt. 6E
Brooklyn, New York 11235

Leonard A. Sclafani, Esq.
Polatsek and Sclafani
275 Madison Avenue, Suite 903
New York, New York 10016

those being the addresses designated on the latest papers served by them in this action.

                                             /s/ Kristen Davies
                                                KRISTEN DAVIES

Sworn to before me this
10th day of February, 2005

/s/ Lenore Ziff
    Notary Public