UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DOMINICA MANAGEMENT, INC.,           :

                 Plaintiff,           :

      -against-                                    :

AMERICAN UNIVERSITY COLLEGE          :
OF MEDICINE, et al.,
                                 :

               Defendants.
                                 :
------------------------------------------------------------x

**ORDER**

04 Civ. 7675 (RMB)(FM)



**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to today's conference, it is hereby ORDERED that any motion to disqualify Mr. Sclafani from this matter shall be served and filed on or before February 11, 2005. Any papers in opposition shall be served and filed on or before March 4, 2005. Reply papers shall be served and filed on or before March 11, 2005.

        SO ORDERED.

Dated:    New York, New York
             February 2, 2005

                                                  _____
                                                  FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Hon. Richard M. Berman
United States District Judge

Peter J. Mastaglio, Esq.
Cullen & Dykman
Fax:   (516) 357-3792

Joshua Zuckerberg, Esq.
Pryor Cashman Sherman & Flynn, LLP
Fax:   (212) 798-6379

Leonard A. Sclafani, Esq.
Polatsek and Sclafani
Fax:   (212) 949-6310

Sol Weltman
3161 Brighton 6th Street
Apt. 6E
Brooklyn, New York  11235-7274