Exh. A
to
Affidavit
of
Sclafani



## Corporate Records

**Background Check:**
Bankruptcy Records
0 Matches Found
Lawsuits, Liens, Judgments
0 Matches Found
FEIN
1 Match Found
Corporate Records
1 Match Found
Business Yellow Pages
0 Matches Found

matthew petersen
Status: Standard
Client ID:
Not Chosen

> My Account
> My Subscriptions

Return to Your Summary

| | |
|---|---|
| Name: | DOMINICA MANAGEMENT INC. |
| Corporate ID Number: | 0100887445 |
| Filing State: | NJ |
| Type: | FOR PROFIT |
| Status: | ACTIVE, ACCEPTED, CURRENT |
| Date of Incorporation: | 09-10-2002 |
| Address Type: | REG. AGENT ADDRESS |
| Name: | CORPORATION TRUST COMPANY |
| Address: | 820 BEAR TAVERN ROAD TRENTON NJ |
| Officer Name: | CORPORATION TRUST COMPANY |
| Title: | REG AGENT |
| Address: | 820 BEAR TAVERN ROAD TRENTON NJ |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED T[HROUGH] THE OFFICIAL GOVERNMENT AGENCY.

Company Info | Public Records Info | Privacy Statement

Copyright © 2005 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance, contact support.