Exh. B

to

Simon
Affidavit

*G Y4 - 6 510*


**Standard**  **Professional**  **Credentialed**

**ChoicePoint**   Home   How it Works   Pricing   Contact Us   Site Map   F

| | |
|---|---|
| **Background Check:** | |
| Bankruptcy Records | |
| 0 Matches Found | |
| Lawsuits, Liens, Judgments | |
| 0 Matches Found | |
| **FEIN** | |
| 1 Match Found | |
| **Corporate Records** | |
| 1 Match Found | |
| Business Yellow Pages | |
| 0 Matches Found | |

**Matthew Petersen**
Status: Standard
Client ID:
Not Chosen



## Corporate Records

Return to Your Summary

| | |
|---|---|
| **Name:** | DOMINICA MANAGEMENT, INC. |
| **Corporate ID Number:** | 2203084 |
| **Filing State:** | NY |
| **Type:** | DOMESTIC BUSINESS |
| **Status:** | ACTIVE - BIENNIAL STATEMENT |
| **Date of Incorporation:** | 11-26-1997 |
| | |
| **Address Type:** | REG. AGENT ADDRESS |
| **Name:** | ROBERT ROSS |
| **Address:** | 460 W 34TH STREET |
| | NEW YORK NY 10001 |
| | |
| **Address Type:** | REG. AGENT ADDRESS |
| **Name:** | THE CORPORATION |
| **Address:** | 460 W 34TH STREET |
| | NEW YORK NY 10001 |
| | |
| **Address Type:** | REG. AGENT ADDRESS |
| **Name:** | THE CORPORATION |
| **Address:** | 460 WEST 34TH STREET |
| | NEW YORK NY 10001 |
| | |
| **Address Type:** | REG. AGENT ADDRESS |
| **Name:** | THE CORPORATION |
| **Address:** | 460 WEST 34TH STREET 12TH FL |
| | NEW YORK NY 10001 |
| | |
| **Officer Name:** | ROBERT ROSS |
| **Title:** | CHAIRMAN |
| **Address:** | 460 W 34TH STREET |
| | NEW YORK NY 10001 |
| | |
| **Officer Name:** | THE CORPORATION |
| **Address:** | NY |
| | |
| **Officer Name:** | THE CORPORATION |
| **Address:** | 460 W 34TH STREET |
| | NEW YORK NY 10001 |
| | |
| **Officer Name:** | THE CORPORATION |
| **Title:** | REG AGENT |
| **Address:** | 460 WEST 34TH STREET |
| | NEW YORK NY 10001 |
| **Date:** | 11-26-1997 |
| **Date:** | 11-26-1997 |
| **Event:** | INCORPORATION (DOMESTIC BUSINES |
| **Date:** | 01-19-2000 |
| **Date:** | 01-19-2000 |
| **Event:** | ANNUAL STATEMENT (DOMESTIC BUS |
| **Date:** | 04-12-2000 |
| **Event:** | AMENDMENT (DOMESTIC BUSINESS) |