UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

DOMINICA MANAGEMENT, INC.,

                Plaintiff,

  -against-

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE, NEAL S.
SIMON and SOL WELTMAN,

               Defendants.

--------------------------------------------------------X

NOTICE OF DISMISSAL
AS TO DEFENDANT
SOL WELTMAN

File No. 04-CV-7675
(Berman, J.)
(Maas, M.)

      PLEASE TAKE NOTICE that the plaintiff Dominica Management, Inc. dismisses, without prejudice, all claims asserted in this action against defendant Sol Weltman and against that defendant only.  The action remains pending and is not dismissed as to any other defendant.

      Plaintiff dismisses defendant Sol Weltman pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure on the grounds that this defendant has not yet served an answer or otherwise moved in this action.

Dated:  Garden City, New York
       July 26, 2005

                    CULLEN AND DYKMAN LLP

                  By: /s/ Peter J. Mastaglio
                      PETER J. MASTAGLIO  (PM 8303)
                      Attorneys for Plaintiff
                      100 Quentin Roosevelt Boulevard
                      Garden City, New York 11530
                      (516) 357-3700

TO:    Pryor Cashman Sherman & Flynn LLP
        Attorneys for Defendant
        American University of Antigua
        College of Medicine
        410 Park Avenue
        New York, New York 10022-4441
        Attn:  Ronald H. Schechtman, Esq.

        Sol Weltman
        Appearing *pro se*
        3161 Brighton 6th Street, Apt. 6E
        Brooklyn, New York 11235

        Leonard A. Sclafani, Esq.
        Polatsek and Sclafani
        Attorneys for Defendant Neal S. Simon
        18 East 41st Street, Suite 1500
        New York, NY 10017

STATE OF NEW YORK)
                            ss.:
COUNTY OF NASSAU)

        MAUREEN SAUTER, being duly sworn, deposes and says:

        That she is over the age of 21 years, resides at Massapequa, New York and is not a party to this action.

        That on the 26th day of July, 2005 she served a copy of the within Notice of Dismissal as to Defendant Sol Weltman by depositing true copies thereof in properly sealed postpaid wrappers, in a post office box regularly maintained by the Post Office of the United States located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

        Pryor Cashman Sherman & Flynn LLP
        410 Park Avenue
        New York, New York 10022-4441
        Attn:  Ronald H. Schechtman, Esq.

        Sol Weltman
        Appearing *pro se*
        3161 Brighton 6th Street, Apt. 6E
        Brooklyn, New York 11235

        Leonard A. Sclafani, Esq.
        Polatsek and Sclafani
        Attorneys for Defendant Neal S. Simon
        18 East 41st Street, Suite 1500
        New York, NY 10017

        that being the addresses designated on the latest papers served by them in this action.

                                        /s/ Maureen Sauter
                                             MAUREEN SAUTER

        Sworn to before me this
        26th day of July, 2005

        /s/ Elizabeth A. Liotta
             Notary Public