UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DOMINICA MANAGEMENT, INC.,                :

                Plaintiff,                :

         **ORDER**

    -against-                :

         04 Civ. 7675 (RMB)(FM)

AMERICAN UNIVERSITY COLLEGE          :
OF MEDICINE, et al.,

                            :

              Defendants.

                            :
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to today's conference, it is hereby ORDERED that:

1. On or before August 12, 2005, the defendants shall answer or move. If the defendants answer and assert any counterclaims, the plaintiff shall serve their reply on or before August 22, 2005.

2. On or before August 30, 2005, the parties shall serve any document requests. The parties shall serve their responses to document requests no later than two weeks following service of the request.

3. All discovery shall be completed on or before October 14, 2005.

4. Any documents or deposition portions marked "confidential" shall be viewed only by retained outside counsel, unless the Court otherwise directs.

5. Plaintiff shall file a voluntary discontinuance with respect to defendant Weltman by July 29, 2005.

6. A further conference in this matter shall be held on October 14, 2005 at 10 a.m. in Courtroom 11C of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
July 22, 2005

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Richard M. Berman
United States District Judge

Peter J. Mastaglio, Esq.
Cullen & Dykman
Fax: (516) 357-3792

Joshua Zuckerberg, Esq.
Pryor Cashman Sherman & Flynn, LLP
Fax: (212) 798-6379

Leonard A. Sclafani, Esq.
Polatsek and Sclafani
Fax: (212) 949-6310

Sol Weltman
3161 Brighton 6th Street
Apt. 6E
Brooklyn, New York 11235-7274