UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINICA MANAGEMENT, INC.,

               Plaintiff,

- against -

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE, NEAL S. SIMON AND SOL WELTMAN,

               Defendants.

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE,

               Third-Party Plaintiff,

- against -

ROSS UNIVERSITY SCHOOL OF MEDICINE,

               Third-party Defendant.

---

04 Civ. 7675 (RMB) (FM)

**RULE 7.1 STATEMENT**

Pursuant to FRCP Rule 7.1, to enable judges and magistrates of the court to evaluate possible disqualification or recusal, defendant American University of Antigua College of Medicine through its attorneys, certifies that its parent company is Greater Caribbean Learning Resources, Inc., and has not issued any publicly held Stock.

Dated: New York, New York
August 16, 2005

Respectfully Submitted,

PRYOR CASHMAN SHERMAN & FLYNN LLP

By: _____
Joshua Zuckerberg, Esq. (JZ-9466)
Attorneys for Defendant
American University of Antigua College of Medicine
410 Park Avenue, 10th Floor
New York, New York 10022-4441
Tel.: 212-421-4100

429639v4

2