STATE OF NEW YORK)
                ss.:
COUNTY OF NASSAU)

    Lenore Ziff, being duly sworn, deposes and says:

    That she is over the age of 21 years, resides at Seaford, New York and is not a party to this action.

    That on the 22nd day of August, 2005, she served the within Reply to Counterclaims upon Pryor Cashman Sherman & Flynn LLP, Attorneys for Defendant American University of Antigua College of Medicine, and Polatsek and Sclafani, Attorneys for Defendant Neal S. Simon in this action, by depositing true copies thereof in properly sealed Federal Express wrappers in a depository maintained by Federal Express located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York, New York 10022-4441
Attn:  Ronald H. Schechtman, Esq.

Leonard A. Sclafani, Esq.
Polatsek and Sclafani
275 Madison Avenue, Suite 903
New York, New York 10016

those being the addresses designated on the latest papers served by them in this action.

                                      /s/ Lenore Ziff
                                          Lenore Ziff

Sworn to before me this
11th day of March, 2005

/s/ Sharon A. Etts
    Notary Public