UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINICA MANAGEMENT, INC.,

        Plaintiff,

- against -

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE, NEAL S. SIMON
AND SOL WELTMAN,

        Defendants.

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,

        Third-Party Plaintiff,

- against -

ROSS UNIVERSITY SCHOOL OF MEDICINE,

        Third-party Defendant.

---

04 Civ. 7675 (RMB) (FM)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2005, I served a copy of the within Third Party Summons, and a copy of the Answer, Counterclaims, and Third Party Complaint by causing said papers to be delivered by electronic and regular mail to the following attorney at the following address as agreed to and designated by him for such purpose:

    Cullen Dykman & Bleakley
    Peter J. Mastaglio, Esq.
    Attorneys for Third-Party Defendant Ross
    University
    100 Quentin Roosevelt Blvd.
    Garden City, NY 11530

Dated: New York, New York
August 16, 2005

Respectfully Submitted,
PRYOR CASHMAN SHERMAN & FLYNN LLP

By: _____
Joshua Zuckerberg, Esq. (JZ-9466)
Attorneys for Defendant
American University of Antigua College of Medicine
410 Park Avenue, 10th Floor
New York, New York 10022-4441
Tel.: 212-421-4100

429639v4

2