AO 440 (Rev 1/93) Summons in a Civil Action — SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

DOMINICA MANAGEMENT, INC.,

Plaintiff,

- against -

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE, NEAL S. SIMON AND SOL WELTMAN,

Defendants.

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE,

- against -

Third-Party Plaintiff,

ROSS UNIVERSITY SCHOOL OF MEDICINE,

Third-party Defendant.

**THIRD-PARTY SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 CV 7675 (RMB) (FM)

TO: Ross University School of Medicine
499 Thornall St, 10th Floor
Edison, NJ 08837

**YOU ARE HEREBY SUMMONED** and required to serve upon DEFENDANT/ THIRD-PARTY PLAINTIFF'S ATTORNEY:

Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York, NY 10022
(212) 421-4100

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE AUG 1 6 2005