```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DOMINICA MANAGEMENT, INC.,
                                       Civil Action No.:
            Plaintiff,                 04-CV-7675
                                       (Berman, J.)
      -against-                        (Maas, M.)

AMERICAN UNIVERSITY OF ANTIGUA         REPLY TO THE ANSWER TO
COLLEGE OF MEDICINE, NEAL S.           THE AMENDED COMPLAINT,
SIMON and SOL WELTMAN,                 COUNTERCLAIMS AND
                                       THIRD-PARTY COMPLAINT
            Defendants.

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,

      Third-Party Plaintiff,

      -against-

ROSS UNIVERSITY SCHOOL OF MEDICINE,

      Third-Party Defendant.
------------------------------------X
```

Plaintiff Dominica Management, Inc. ("DMI"), by its attorneys, Cullen and Dykman, LLP, replying to the answer to the amended complaint and counterclaim of defendant Neal S. Simon, herein alleges:

1.  Admit on information and belief the allegations contained in paragraph 1 of the Counterclaim.

2.  Admits the allegations contained in paragraph 2 of the Counterclaim.

3.  Admit on information and belief information sufficient to form a belief as to the allegations contained in paragraph 3 of the Counterclaim.

4. Denies the allegations contained in paragraph 4 of the Counterclaim and refers all questions of law to the Court at the trial of this action.

5. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 5 of the Counterclaim.

6. Admits that DMI is an indirect owner of a majority interest in Ross University School of Medicine ("Ross University") and that DeVry, Inc. is the indirect owner of DMI and Ross University. Except as so admitted, plaintiff denies the remaining allegations contained in paragraph 6 of the Counterclaim.

7. Denies the allegations contained in paragraph 7 of the Counterclaim.

8. Plaintiff repeats and realleges its replies to the Counterclaim paragraphs 1 through 7 as if fully set forth herein.

9. Admit that Simon and Angelakis were depicted on a video produced by Ross University during their employment at Ross University and except as so admitted deny the remaining allegations in paragraph 9 of the Counterclaim.

10. Deny the allegations in paragraph 47 of the Counterclaim.

11. Admits that Simon and Angelakis are no longer employed by DMI, and except as so admitted, denies knowledge

or information sufficient to form a belief as to the remaining allegations contained in paragraph 11 of the Counterclaim.

12. Denies the allegations contained in paragraph 12 of the Counterclaim.

13. Denies the allegations contained in paragraph 13 of the Counterclaim.

14. Denies the allegations contained in paragraph 14 of the Counterclaim and refers all questions of law to the Court at the trial of this action.

15. Denies the allegations contained in paragraph 15 of the Counterclaim.

WHEREFORE, Counterclaim defendant DMI demands judgment dismissing the Counterclaim and for such other and further relief as this Court deems just and proper, together with the costs and disbursements of this action.

Dated:   Garden City, New York
         September 12, 2005

                              CULLEN AND DYKMAN LLP


                              /s/Jennifer A. McLaughlin
                              JENNIFER A. McLAUGHLIN (JM 5678)
                              Attorneys for Plaintiff
                              100 Quentin Roosevelt Boulevard
                              Garden City, New York 11530
                              (516) 357-3700

Ronald H. Schechtman, Esq.
Pryor Cashman Sherman & Flynn LLP
Attorneys for Defendant American
University of Antigua College of Medicine

```
410 Park Avenue
New York, New York 10022-4441

Leonard A. Sclafani, Esq.
Polatsek and Sclafani
Attorneys for Defendant Neal Simon
18 East 41st Street, Suite 1500
New York, New York 10017
```