UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Dominica Management, Inc.

          Plaintiff(s),

     -against-

American University of Antigua College of Medecine, et al.

          Defendant(s).
---------------------------------------------------------------x

**ORIGINAL**

ORDER OF DISCONTINUANCE

04 Civ. 7675 (RMB)(FM)

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued (with)/~~without~~ prejudice and ~~with~~/(without) costs; ~~provided, however, that within 30 days of this date of the order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.~~

DATED: New York, New York
       Oct 14, 2004

_____
FRANK MAAS
United States Magistrate Judge

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/17/05]

_Cullen and Dykman LLP_
Attorney(s) for Plaintiff

_____
Attorney(s) for Defendant

Agreed and Consented to:

Agreed and Consented to:

by Peter J. Mastaglio (PM 8303)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Dominica Management, Inc.

                Plaintiff(s),

     -against-

American University of Antigua College of Medecine, et al.

                Defendant(s).
------------------------------------------------------------x

ORDER OF DISCONTINUANCE

04 Civ. 7675 (RMB)(FM)

     It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

     ORDERED that said action be and hereby is, discontinued with ~~without~~ prejudice and with/without costs; ~~provided, however, that within 30 days of this date of the order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored~~.

DATED:    New York, New York
                     , 2004

                                               FRANK MAAS
                                               United States Magistrate Judge

_____                 _Polatsek & Sclafani_
Attorney(s) for Plaintiff                   Attorney(s) for Defendant Neal Simon

Agreed and Consented to:            Agreed and Consented to:

_____                 _[signature]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Dominica Management, Inc.

　　　　　　　Plaintiff(s),

-against-

American University of Antigua College of Medicine, et al.

　　　　　　　Defendant(s).
-----------------------------------------------------------x

ORDER OF DISCONTINUANCE

04 Civ. 7675 (RMB)(FM)

　　　　It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

　　　　ORDERED that said action be and hereby is, discontinued with/~~without~~ prejudice and with/without costs; ~~provided, however, that within 30 days of this date of the order, counsel for plaintiff may apply by letter~~ for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:　　New York, New York
　　　　　　Oct. 14, 2004

　　　　　　　　　　　　　　　　　　　　FRANK MAAS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　　　　　　　　　　　　　　　　　Pryor Cashman Sherman & Flynn LLP
　　　　　　　　　　　　　　　　　　　　_____ (1993)
Attorney(s) for Plaintiff　　　　　　　　Attorney(s) for Defendant Amer. Univ. of Antigua

Agreed and Consented to:　　　　　　　Agreed and Consented to: